# Court of Appeals
# of the State of Georgia

ATLANTA,  June 02, 2021

*The Court of Appeals hereby passes the following order:*

## A21A0534. BLACK v. BLACK.

This Court granted an application for discretionary appeal filed by Christine Black, challenging the trial court's denial of her motion for contempt arising from her divorce with Noel Black. After thorough consideration of this case, including a review of the relevant law and the entire appellate record, we have determined that the law and evidence authorized the findings and conclusions made in support of the trial court's decisions. Accordingly, the application for discretionary appeal having been improvidently granted, this appeal is dismissed.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  06/02/2021*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*